## Clark, Appellant, *v.* Philadelphia.

Argued Jan. 19, 1903. Appeals, Nos. 273 and 274, Jan. T., 1902, by plaintiff, from order of C. P. No. 3, Phila. County, March T., 1900, Nos. 189 and 190, refusing to strike off nonsuit in cases of Elizabeth Clark and Nellie Clark v. Philadelphia. Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Reversed.

OPINION BY MR. JUSTICE FELL, April 20, 1903 :
The facts in these cases were the same as those in Quinlan v. City of Philadelphia, and it was agreed at the trial that the same judgment that was entered in the latter case should be entered in these. For the reasons stated in the opinion in Quinlan v. City of Philadelphia, the judgments are reversed with a procedendo.